**Fill in this information to identify the case:**

Debtor 1      Joy M Bostic

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 25-11751-amc

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A          **Court claim no**. (if known):  2

**Last four digits** of any number you use to identify the debtor's account:  5499

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No
☐  Yes. Date of the last notice: _____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 05/13/2025 Plan Review Fee @ $350.00; 05/15/25 Preparation of Objection to Confirmation @ $700.00 | (3) | $ 1,050.00 |
| 4. Filing fees and court costs | 05/16/25 Objection to Confirmation Statutory Mailings @ $0.97 | (4) | $ 0.97 |
| 5. Bankruptcy/Proof of claim fees | 05/30/25 Preparation/Filing of Proof of Claim @ $300.00; 05/30/25 Proof of Claim 410A @ $350.00 | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor1  <u>Joy M Bostic</u>   Case number *(if known)* <u>25-11751-amc</u>
     First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ <u>/s/Andrew Spivack</u>   Date <u>09/05/2025</u>
  Signature

**Print:** <u>Andrew Spivack (84439)</u>   Title <u>Attorney</u>
    First Name   Middle Name   Last Name

Company  <u>Brock & Scott, PLLC</u>

Address  <u>3825 Forrestgate Dr.</u>
    Number      Street

<u>Winston-Salem, NC 27103</u>
City    State    ZIP Code

Contact phone  <u>844-856-6646</u>   Email <u>PABKR@brockandscott.com</u>

L.B.F. 9014-4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Joy M Bostic<br><br>Santander Bank, N.A,<br>　　Movant<br><br>vs.<br><br>Joy M Bostic ,<br>　　Debtor | Case No. 25-11751-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

　　I, the undersigned, certify that on September 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Postpetition Mortgage Fees, Expenses, and Charges

　　I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>September 5, 2025</u>

　　　　　　　　　　　　　　　　*/s/Andrew Spivack*
　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　Ryan Srnik, PA Bar No. 334854
　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Kenneth E. West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Joy M Bostic
1585 Willow Pond Drive
Yardley, PA 19067
Debtor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: